UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**ANTONIO CHAVEZ,**
    *Petitioner*

v.                                   **Case No. 22-cv-03037-JWL**

**MICHAEL JOHNSTON,**
    *Commandant,*
    *United States Disciplinary Barracks,*
        *Respondent.*

## NOTICE OF WITHDRAWAL OF APPEARANCE

Rich Federico, Assistant Federal Public Defender for the District of Kansas, respectfully provides notice of withdrawal of his appearance as counsel for plaintiff, Mr. Antonio Chavez. This notice is provided pursuant to Rule 83.5.5(b) of the Rules of Practice for the United States District Court for the District of Kansas. Lydia Krebs Albert, Assistant Federal Public Defender for the District of Kansas, previously entered her appearance and will remain as counsel for Mr. Chavez.

                              Respectfully submitted,

                              <u>s/ Rich Federico</u>
                              Rich Federico, KS #22111
                              Assistant Federal Public Defender
                              117 SW 6th Avenue, Suite 200
                              Topeka, Kansas 66603-3840
                              Phone: 785-232-9828
                              Fax: 785-232-9886
                              Email: rich_federico@fd.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 28, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties. Additionally, pursuant to Rule 83.5.5(b), that I will also serve or cause to be served this notice upon Mr. Chavez.

                                           s/ Rich Federico
                                           Rich Federico, KS #22111